UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>    Plaintiff,<br><br>  v.<br><br>WADE D. BUTLER,<br><br>    Defendant. | Case No. 23-cv-03259-AMO (PR)<br><br>**ORDER DIRECTING PLAINTIFF TO PAY THE FULL FILING FEE OR FILE A COMPLETED PRISONER *IN FORMA PAUPERIS* APPLICATION** |

On June 29, 2023, Plaintiff Daronta T. Lewis commenced this action by filing a civil rights complaint form. Dkt. 1. On that same date, the Clerk of the Court sent a notice to Lewis, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* ("IFP") application. Dkt. 4. The Clerk sent Lewis a blank IFP application and told him that he must pay the fee or return the completed IFP application within twenty-eight days or his action would be dismissed. *Id.*

Thereafter, Lewis informed the Court that he had paid the full filing fee. Dkts. 3, 5. However, the Clerk of the Court informed Lewis that the Court's Finance Office had no record of receiving the full filing fee in this action. *See* Dkt. 6 at 2. To date, he has not filed a completed IFP application.

On January 23, 2024, Lewis informed the Court that he is in custody at Stanton Correctional Facility in Las Vegas, Nevada. Dkt. 9.[1]

Ordinarily, a plaintiff is permitted to file a civil action in federal court without prepayment of fees or security if he makes affidavit that he is unable to pay such fees or give security therefor.

---

[1] Lewis had previously informed the Court that he had been released from prison by filing a notice of change of address to a non-prison address on November 16, 2023. *See* Dkt. 8. However, he has since returned to custody, as mentioned above.

*See* 28 U.S.C. § 1915(a). But if the plaintiff is a prisoner who alleges that he is unable to pay the full filing fee at the time of filing, he will be required to pay the full amount of the filing fee even if he is granted IFP status. *See* 28 U.S.C. § 1915(b)(1). This is done by way of an "installment plan," whereby the court will assess an initial payment, and the prisoner will be required thereafter to make monthly payments of twenty percent of the preceding month's income credited to the prisoner's account. *See id.* If the court determines that the plaintiff is unable to pay the full filing fee at the time of filing, the plaintiff will be granted leave to proceed IFP. While the full filing fee is $402.00 generally, the $52.00 administrative fee[2] is waived for litigants proceeding IFP. Once a plaintiff is granted leave to proceed IFP, the total filing fee will be $350.00. The $350.00 filing fee must be paid by way of an installment plan, according to which the Court first will assess and collect a partial filing fee from the prisoner, and then the prisoner will be required to make monthly payments of twenty percent of the preceding month's income credited to the prisoner's account until the full $350.00 filing fee is paid. *Id.* The agency having custody of the prisoner is responsible for forwarding to the Court payments from his account each time the amount in the account exceeds ten dollars. *See id.*

Before the Court can proceed to review the complaint in this action, Lewis is hereby **ORDERED** to pay the $402.00 filing fee in full or to file a completed prisoner IFP application using the enclosed form, including copies of his Certificate of Funds and prisoner trust account statement. He shall file his completed application within **twenty-eight (28) days** of the date of this Order. **The failure to do so will result in the dismissal of this action without prejudice.**

The Clerk is directed to send Lewis a blank prisoner IFP application along with a copy of this Order.

**IT IS SO ORDERED.**

Dated:   January 23, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

---

[2] As of December 3, 2023, the administrative fee for filing a civil action in a district court increased from $52 to $55. Because this case was filed prior to December 3, 2023, the administrative fee is $52.

2