UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>WADE D. BUTLER,<br><br>    Defendant. | Case No. 23-cv-03259-AMO (PR)<br><br>**ORDER DIRECTING PLAINTIFF TO PAY THE FULL FILING FEE AND GRANTING HIS REQUEST TO DO SO IN FIVE MONTHS**<br><br>Re: Dkt. Nos. 12, 13, 15 |

    Plaintiff Daronta T. Lewis commenced this action by filing a civil rights complaint form. Dkt. 1. Thereafter, the Clerk of the Court sent a notice to Lewis informing him that this action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* ("IFP") application. Dkt. 4. The Clerk sent Lewis a blank IFP application and told him that he must pay the fee or return the completed IFP application within twenty-eight days or his action would be dismissed. *Id.* Lewis then informed the Court that he had paid the full filing fee. Dkts. 3, 5. However, the Clerk of the Court informed Lewis that the Court's Finance Office had no record of receiving the full filing fee in this action. *See* Dkt. 6 at 2.

    On January 23, 2024, Lewis informed the Court that he was moved to Stanton Correctional Facility in Las Vegas, Nevada. Dkt. 9.

    Also on January 23, 2024, the Court directed Lewis that before it could proceed to review the complaint in this action, he would need to either pay the $402.00 filing fee in full or to file a completed prisoner IFP application, including copies of his Certificate of Funds and prisoner trust account statement. Dkt. 10 at 2.

    On April 4, 2024, Lewis informed the Court that he was transferred to High Desert State Prison. Dkt. 17.

    Before the Court is Lewis's motion entitled, "Motion for This Court to Accept Promise to

1   Pay Court Filing Fees [of] $402.00 Within 120 Days to 180 Days . . . At Upon Which Time the
2   Full Filing Fee is Paid This Court Can Proceed," in which he promises to pay the full court filing
3   fee in $75.00 installments with the assistance of "family relatives" within "five month(s)." *See*
4   Dkt. 15 at 1.

5         Ordinarily, a plaintiff is permitted to file a civil action in federal court without prepayment
6   of fees or security if he makes affidavit that he is unable to pay such fees or give security therefor.
7   *See* 28 U.S.C. § 1915(a).  But if the plaintiff is a prisoner who alleges that he is unable to pay the
8   full filing fee at the time of filing, he will be required to pay the full amount of the filing fee even
9   if he is granted IFP status.  *See* 28 U.S.C. § 1915(b)(1).  This is done by way of an "installment
10  plan," whereby the court will assess an initial payment, and the prisoner will be required thereafter
11  to make monthly payments of twenty percent of the preceding month's income credited to the
12  prisoner's account.  *See id.*  If the court determines that the plaintiff is unable to pay the full filing
13  fee at the time of filing, the plaintiff will be granted leave to proceed IFP.  While the full filing fee
14  is $402.00 generally, the $52.00 administrative fee[1] is waived for litigants proceeding IFP.  Once a
15  plaintiff is granted leave to proceed IFP, the total filing fee will be $350.00.  The $350.00 filing
16  fee must be paid by way of an installment plan, according to which the Court first will assess and
17  collect a partial filing fee from the prisoner, and then the prisoner will be required to make
18  monthly payments of twenty percent of the preceding month's income credited to the prisoner's
19  account until the full $350.00 filing fee is paid.  *Id.*  The agency having custody of the prisoner is
20  responsible for forwarding to the Court payments from his account each time the amount in the
21  account exceeds ten dollars.  *See id.*

22        In this matter, Lewis claims he intends to pay the filing fee in full.  *See* Dkt. 15.  The Court
23  **GRANTS** his pending motion requesting five months to pay the full filing fee.  *Id.*  Before the
24  Court can proceed to review the complaint in this action, Lewis is hereby **ORDERED** to pay the
25  $402.00 filing fee in full within **five (5) months** of the date of this Order.  **The failure to do so**

---

[1] As of December 3, 2023, the administrative fee for filing a civil action in a district court increased from $52 to $55.  Because this case was filed prior to December 3, 2023, the administrative fee is $52.

**will result in the dismissal of this action without prejudice.** Because the Court has granted Lewis's aforementioned motion giving him five months to pay the full filing fee, his other pending motions relating to the filing fee or IFP status are **DENIED** as moot. Dkts. 12, 13.

This Order terminates Docket Nos. 12, 13 and 15.

**IT IS SO ORDERED.**

Dated: April 23, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**